FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 03 2011

JAMES N. HATTEN, CLERK
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 2010-1 SFG VENTURE, LLC, | RE: SUBPOENA IN A CIVIL CASE |
| Plaintiff, | |
| v. | United States District Court for the Eastern District of Wisconsin, Milwaukee Division |
| EP MILWAUKEE, LLC, et al., | |
| Defendants. | CASE NO. 10-CV-1079 |

## APPENDIX OF DOCUMENTS IN SUPPORT OF SPECIALTY FINANCE GROUP, LLC'S MOTION TO QUASH SUBPOENA

| Exhibit | |
|---|---|
| A. | Subpoena dated March 23, 2011, served by Defendant SJ Properties Suites, BuyCo, ehf, upon Specialty Finance Group, LLC. |
| B. | Plaintiff's Amended Complaint in the Lender Liability Action. |
| C. | Subpoena dated February 15, 2010, served by Plaintiff SJ Properties Suites, BuyCo, ehf, et al., upon non-party Specialty Finance Group, LLC in the BuyCo Partnership Litigation. |
| D. | Subpoena dated February 18, 2010, served by Plaintiff SJ Properties Suites, BuyCo, ehf, et al., upon non-party Broadlands Financial Group, LLC in the BuyCo Partnership Litigation. |
| E. | Subpoena dated October 26, 2009, served by Receiver Seth E. Dizard upon Custodian of Records, Broadlands Financial Group, LLC in the BuyCo Partnership Litigation. |
| F. | First Amended Complaint, with exhibits, filed June 1, 2010, in the matter styled *Specialty Finance Group LLC v. EP Milwaukee, LLC, et al.*, USDC, Northern District of Georgia, 10-CV-1020. |

| | |
|---|---|
| G. | September 30, 2010, Order entered in the matter styled *Specialty Finance Group LLC v. EP Milwaukee, LLC, et al.,* USDC, Northern District of Georgia, 10-CV-1020. |
| H. | Plaintiff 2010-1 SFG Venture LLC's Motion to Strike and Brief in Support thereof filed November 8, 2010, in the matter styled *2010-1 SFG Venture v. EP Milwaukee, LLC, et al.,* USDC, Northern District of Georgia, 10-CV-1020. |
| I. | November 30, 2010, Order entered in the Partner/Guarantor Action. |
| J. | Plaintiff 2010-1 SFG Venture LLC's Civil L.R. 7(h) Expedited Non-Dispositive Motion to Stay this Case Pending a Decision on the Plaintiff's Motion to Strike or, in the Alternative, to Dismiss, filed December 16, 2010. |
| K. | Order entered January 13, 2011, denying 2010-1 SFG Venture LLC's Motion to Stay. |
| L. | Defendant SJ Properties Suites Buyco, ehf's Civil L.R. 7(h) Expedited Non-Dispositive Motion to Compel Discovery Responses, and Affidavit of Scott R. Halloin in support thereof. |
| M. | Defendant SJ Properties Suites, Buyco, ehf's Civil L.R. 7(h) Expedited Non-Dispositive Motion to Compel Rule 26 Disclosures. |
| N. | Plaintiff's Motion to Voluntarily Dismiss without Prejudice. |
| O. | Plaintiff's Civil L.R. 7(h) Expedited Non-Dispositive Motion for Protective Order and Stay of Discovery. |
| P. | Defendant SJ Properties Suites, Buyco, ehf's Motion for Summary Judgment, Proposed Findings of Fact, and Brief in Support of Motion for Summary Judgment. |
| Q. | Defendant SJ Properties Suites, Buyco, ehf's Response Brief in Opposition to Plaintiff's Civil L.R. 7(h) Expedited Non-Dispositive Motion for Protective Order and Stay of Discovery. |

| | |
|---|---|
| R. | Civil L.R. 7(h) Motion for a Protective Order Concerning the Rule 30(b)(6) Deposition to Plaintiff, and Declaration of Nancy J. Sennett in support thereof. |
| S. | Civil L.R. 7(h) Motion for a Protective Order Concerning the Deposition Subpoena to Non-Party Jeffrey Citrin, and Declaration of Nancy J. Sennett in support thereof. |
| T. | Letter dated April 5, 2011, from L. Hassett to J. Roever. |
| U. | Letter dated April 7, 2011, from J. Roever to L. Hassett. |
| V. | Letter dated March 31, 2011, from Judge Randa's office cancelling the telephonic scheduling conference scheduled for April 5, 2011. |
| W. | Plaintiffs' Civil L.R. 7(h) Expedited Non-Dispositive Motion to Stay this Case Pending a Decision on the Plaintiffs' Motion for Remand. |
| X. | Plaintiffs' Civil Local Rule 7(h) Expedited Non-Dispositive Motion to Stay Decision on the Defendant's Motion for Substitution of Defendant and to Correct Caption Pending Decision on Remand. |
| Y. | Letter dated May 2, 2011, from R. Bracken to J. Roever. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 2010-1 SFG VENTURE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:10-CV-1020-TCB |
| EP MILWAUKEE, LLC; DOC MILWAUKEE ) | |
| II, LLC; SJ PROPERTIES SUITES, BUYCO, ) | |
| EHF; JOHN W. ECONOMOU; and STEVE J. ) | |
| ECONOMOU; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served "APPENDIX OF DOCUMENTS IN SUPPORT OF SPECIALTY FINANCE GROUP, LLC'S MOTION TO QUASH SUBPOENA" upon the parties by electronic mail and by depositing copies of same in the United States Mail, with adequate postage thereon to ensure delivery, addressed as follows:

        Joshua J. Roever, Esq.
        Halloin & Murdock, S.C.
        839 North Jefferson Street, Suite 503
        Milwaukee, Wisconsin 53202

        Erik G. Weidig, Esq.
        Foley & Lardner LLP
        777 East Wisconsin Avenue
        Milwaukee, Wisconsin 53202

This 3rd day of May, 2011.

        MORRIS, MANNING & MARTIN, LLP

        _____
        J. Ben Vitale
        Georgia Bar No. 108106